OPINION — AG — THE COUNTY ASSESSOR SHOULD PLACE ON THE ASSESSMENT ROLLS THE TRACTORS, COMBINES, AND OTHER PROPERTY OF THE SAME CATEGORY, SOLD AND DELIVERED TO FARMERS AND CUSTOM CUTTERS IN MAJOR COUNTY AFTER JANUARY 1, AND BEFORE SEPTEMBER 1ST, AND BROUGHT INTO THE COUNTY FROM ANOTHER COUNTY OR STATE DURING THIS PERIOD. THIS PROCEDURE WILL PLACE THE BURDEN ON THE TAXPAYER TO SUBMIT PROOF THAT SUCH PROPERTY WAS LISTED FOR ASSESSEMENT JANUARY 1 IN ANOTHER COUNTY OR STATE. (W. J. MONROE)